IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF: MILISSA CASKEY,
LANCE CASKEY; ISAAC HOOK; AND
MILISSA CASKEY AND LANCE CASKEY
ON BEHALF OF THEIR MINOR CHILDREN,
E.C., L.C., E.H., T.H., L.C. and S.H.,

          Plaintiffs,

vs.                 Case No. _____

USD 434 SANTA FE TRAIL, JAMES LENTZ,
in his official capacity as Superintendent of
schools for USD 434 and in his individual
capacity, and MEMBERS OF THE USD 434
BOARD OF EDUCATION,

          Defendants.

### Notice of Removal

Defendants submit this Notice of Removal of this action from the Fourth Judicial District, the District Court of Osage County, Kansas, to the United States District for the District of Kansas pursuant to 28 U.S.C. §§ 1441, 1446 and D. Kan. Rule 81.1.

1. The above-captioned matter was filed in the Fourth Judicial District, in the District Court of Osage County, Kansas, on or about August 11, 2021.

2. A summons and copy of the Petition were served upon defendants on August 12, 2021. This notice is filed within thirty days after service of the summon and petition. 28 U.S.C. § 446(b)(2)(B).

3. All defendants consent to removal of this matter to this Court.

{T0472662}               1

4. Plaintiffs' petition asserts claims under 42 U.S.C. § 1983, specifically that defendants violated the equal protection and due process clauses of the Fourteenth Amendment by denying admission to plaintiffs. The petition also requests injunctive relief, but this relief has already been granted by the District Court.

5. The federal courts have original jurisdiction over all civil actions arising under the constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Plaintiff's Title VII claim falls within the original jurisdiction of the federal court. Removal is therefore appropriate under 28 U.S.C. § 1441(a).

6. In accordance with 28 U.S.C. § 1446(a), copies of the process and pleadings served upon the defendant are attached as Appendix A.

7. A copy of the written notice served upon the plaintiff this date will be filed in state court is attached as Appendix B.

Respectfully submitted,

/s/ Terelle A. Mock
Terelle A. Mock                               #21465
Blake K. Porter                               #28289
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
Topeka, KS  66606
(785) 232-7761 / (785) 232-6604 – fax
tmock@fpsslaw.com | bporter@fpsslaw.com
**Attorney for Defendants**

{T0472662}                                 2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

J. Phillip Gragson, #16103
Kara L. Eisenhut, #27055
HENSON HUTTON MUDRICK GRAGSON & VOGELSBERG, LLP
3649 S.W. Burlingame Road, Suite 200
Topeka, KS 66611-2155
(785) 232-2200 | (785) 232-3344 – fax
jpgragson@hhmglaw.com
keisenhut@hhmglaw.com
**Attorneys for Plaintiffs**

/s/ Terelle A. Mock
Terelle A. Mock

{T0472662}   3